Form ntcinstl

## UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 24–04358
Chapter: 7
Judge: Deborah L. Thorne

In Re:
   Aaliyah I Cowan
   401 Bluebird Dr
   Bolingbrook, IL 60440–4807

Social Security / Individual Taxpayer ID No.:
   xxx–xx–4515

Employer Tax ID / Other nos.:

### NOTICE OF ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

After considering the *Application for Individuals to Pay the Filing Fee in Installments (Official Form 103A)*, the court orders that:

   The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

BY THE COURT

Dated: April 3, 2024

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court